UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRYAN WEBB,<br><br>                    Plaintiff,<br><br>       v.<br><br>P. LLAMAS, et al.,<br><br>                    Defendants. | Case No. 1:20-cv-00725-SKO (PC)<br><br>**ORDER TO SUBMIT APPLICATION TO PROCEED *IN FORMA PAUPERIS* OR PAY FILING FEE**<br><br>45 DAY-DEADLINE |

Plaintiff is a state prisoner proceeding *pro se* in this civil rights action. Plaintiff has not paid the $400 filing fee or submitted an application to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915. Accordingly, the Court ORDERS Plaintiff, **within 45 days** of the date of service of this order, to submit the attached application to proceed *in forma pauperis*, completed and signed, or, in the alternative, pay the $400 filing fee for this action. No requests for extensions will be granted without a showing of good cause. **Failure to comply with this order will result in dismissal of this action.**

IT IS SO ORDERED.

Dated:   **May 27, 2020**                                   /s/ *Sheila K. Oberto*
                                                                    UNITED STATES MAGISTRATE JUDGE