UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

BRYAN WEBB,

          Plaintiff,

    v.

P. LLAMAS, et al.,

          Defendants.

Case No. 1:20-cv-00725-SKO (PC)

**ORDER GRANTING DEFENDANTS' MOTION FOR EXTENSION OF TIME TO FILE REPLY TO PLAINTIFF'S OPPOSITION TO MOTION TO DISMISS**

(Doc. 23)

On December 22, 2020, Defendants filed a motion to dismiss. (Doc. 14.) After receiving two extensions of time (Docs. 16, 18), Plaintiff filed an opposition to the motion to dismiss on April 15, 2021, which was entered on the docket the next day. (Doc. 21.)

Defendants request a 21-day extension of time to file a reply to Plaintiff's opposition. (Doc. 23.) Upon review of Defendants' motion, including defense counsel's supporting declaration, the Court finds good cause to grant the request.

Accordingly, Defendants' motion is GRANTED. Defendants shall have until May 14, 2021, to file a reply to Plaintiff's opposition to their pending motion to dismiss.

IT IS SO ORDERED.

Dated:   **April 22, 2021**                          /s/ *Sheila K. Oberto*

                                         UNITED STATES MAGISTRATE JUDGE