UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRYAN WEBB,<br><br>        Plaintiff,<br><br>  v.<br><br>P. LLAMAS, et al.,<br><br>        Defendants. | Case No. 1:20-cv-00725-SKO (PC)<br><br>**ORDER LIFTING STAY** |

On November 22, 2021, the Court issued an order staying this case and referring it to Alternative Dispute Resolution (ADR). (Doc. 34.) On January 3, 2022, Defendants filed a notice opting out of ADR. (Doc. 39.)

Accordingly, the Court ORDERS:

1. The stay of this matter is LIFTED; and,
2. The Clerk of the Court is directed to issue a discovery and scheduling order.

IT IS SO ORDERED.

Dated:  **January 5, 2022**                     /s/ *Sheila K. Oberto*
                                                                    UNITED STATES MAGISTRATE JUDGE