UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRYAN WEBB,<br><br>              Plaintiff,<br><br>       v.<br><br>P. LLAMAS, et al.,<br><br>              Defendants. | Case No. 1:20-cv-00725-SKO (PC)<br><br>**ORDER GRANTING DEFENDANTS' MOTION TO MODIFY THE DISCOVERY AND SCHEDULING ORDER**<br><br>(Doc. 42) |

Plaintiff Bryan Webb is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action brought pursuant to 42 U.S.C. § 1983.

On January 6, 2022, this Court issued its Discovery and Scheduling Order. (Doc. 41.)

On June 3, 2022, Defendants P. Llamas, J. Wilson and J. Fugate filed a motion to modify the discovery and scheduling order, asking the Court to extend the deadlines for the completion of all discovery and for the filing of dispositive motions. (Doc. 42 at 1.) Although the time for Plaintiff to file a response has not yet passed, *see* Local Rule 230(l), the Court deems a response unnecessary.

The original discovery and scheduling order included a discovery cut-off deadline of June 6, 2022, and a dispositive motion deadline of August 8, 2022. (Doc. 41 at 1, 3.) The order advised the parties that the deadlines were "**firm and will only be extended by a showing of good cause**." (*Id.* at 3, emphasis in original.)

Here, Defendants have shown good cause to extend the deadlines for the completion of all discovery and the filing of dispositive motions. In mid-May, Defendants scheduled Plaintiff's deposition for June 3, 2022, via video, at California State Prison, Corcoran. (Doc. 42 at 2.) Approximately one week later, the Corcoran litigation office advised counsel for Defendants that Plaintiff was being housed at North Kern State Prison and it was unclear whether Plaintiff would be returned to Corcoran by June 3, 2022, to participate in his deposition. (*Id*.) When counsel for Defendants contacted North Kern State Prison, counsel was advised "they were working on it, and that the request was complicated by Plaintiff's current COVID-19 quarantine and his imminent parole on approximately June 14, 2022." (*Id*.) Defense counsel subsequently learned Plaintiff would not be returned to Corcoran. (*Id*.) On May 31, 2022, an amended deposition notice was served at both North Kern State Prison and Corcoran. (*Id*.) On June 1, 2022, defense counsel spoke with Plaintiff by phone; Plaintiff advised he was not in possession of his legal property as it had been mailed to his mother's home in advance of his impending parole, and he was therefore unable to prepare for his deposition. (*Id*. at 2-3.) Plaintiff requested that the deposition be postponed. (*Id.* at 3.) Both parties agreed to seek a modification of the discovery and scheduling order to "give Plaintiff time to adjust to his new paroled status and settle in his new geographic location." (*Id*.) Defendants' motion is supported by the defense counsel's declaration. (Doc. 42-1 [Shiran Zohar].)

Good cause appearing, Defendants' motion (Doc. 42) is GRANTED. The deadline for completing all discovery is extended to **September 5, 2022**, and the deadline for filing dispositive motions is extended to **November 7, 2022**.

The Clerk of the Court is directed to serve a courtesy copy of this order, via email, on the litigation coordinator at North Kern State Prison.

IT IS SO ORDERED.

Dated: **June 6, 2022**           */s/ Sheila K. Oberto*
                                   UNITED STATES MAGISTRATE JUDGE