UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRYAN WEBB,<br><br>           Plaintiff,<br><br>      v.<br><br>P. LLAMAS, et al.,<br><br>           Defendants. | Case No. 1:20-cv-00725-SKO (PC)<br><br>**ORDER GRANTING DEFENDANTS'<br>MOTION TO MODIFY THE<br>DISPOSITIVE MOTION DEADLINE**<br><br>(Doc. 45) |

Plaintiff Bryan Webb is a former state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action brought pursuant to 42 U.S.C. § 1983.

On January 6, 2022, this Court issued its Discovery and Scheduling Order. (Doc. 41.) On June 7, 2022, the Court issued an Order Granting Defendants' Motion to Modify the Discovery and Scheduling Order, extending the deadlines for the completion of all discovery and for the filing of dispositive motions. (Doc. 43.)

On November 2, 2022, Defendants filed a second motion to modify the discovery and scheduling order, seeking to extend the deadline for the filing of dispositive motions by 60 days. (Doc. 45.) Although the time for Plaintiff to file a response has not yet passed, the Court deems a response unnecessary.

Here, Defendants have shown good cause to extend the deadline for the filing of dispositive motions. Defense counsel's supporting declaration indicates written discovery has

been completed and Plaintiff's deposition has been taken, but counsel has been unable to prepare a motion for summary judgment addressing the merits of Plaintiff's retaliation claim against Defendants. (Doc. 45-1, ¶¶ 6-8.) Counsel states she is unable to meet the November 7, 2022, motion deadline as presently set due to competing obligations in numerous other actions. (*Id.* at ¶ 9.) Defense counsel states that a 60-day extension of time will provide sufficient time to complete a motion for summary judgment. (*Id.* at ¶ 11.) Counsel sent an email to Plaintiff, who has recently paroled, concerning this request, but has not received a response, and indicates that the requested extension is not for the purpose of delay or harassment. (*Id.* at ¶¶ 12, 13.)

Good cause appearing, Defendants' motion (Doc. 45) is GRANTED. The deadline for filing dispositive motions is extended from November 7, 2022, to **January 6, 2023**.

IT IS SO ORDERED.

Dated:   **November 2, 2022**                    /s/ *Sheila K. Oberto*
                                                          UNITED STATES MAGISTRATE JUDGE