UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRYAN WEBB,<br><br>    Plaintiff,<br><br>    v.<br><br>P. LLAMAS, et al.,<br><br>    Defendants. | Case No. 1:20-cv-00725-SKO (PC)<br><br>**ORDER GRANTING DEFENDANTS' SECOND MOTION TO MODIFY THE DISPOSITIVE MOTION FILING DEADLINE**<br><br>(Doc. 47) |

Plaintiff Bryan Webb is a former state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action brought pursuant to 42 U.S.C. § 1983.

**I.        RELEVANT PROCEDURAL BACKGROUND**

On January 6, 2022, this Court issued its Discovery and Scheduling Order. (Doc. 41.) On June 7, 2022, the Court issued an Order Granting Defendants' Motion to Modify the Discovery and Scheduling Order, extending the deadlines for the completion of all discovery and for the filing of dispositive motions. (Doc. 43.)

On November 3, 2022, the Court granted Defendants' motion to modify the discovery and scheduling order (Doc. 45), and extending the deadline for the filing of dispositive motions from November 7, 2022, to January 6, 2023. (Doc. 46.)

On December 28, 2022, Defendants filed a second motion to modify the dispositive motion filing deadline. (Doc. 47.) Although the time for Plaintiff to file a response has not yet

passed, the Court deems a response unnecessary.

## II.     DISCUSSION AND ORDER

Defendants have shown good cause to extend the deadline for the filing of dispositive motions by an additional 30 days. Defense counsel's supporting declaration indicates written discovery has been completed and Plaintiff's deposition has been taken, but she has been unable to complete preparation of a motion for summary judgment addressing the merits of Plaintiff's retaliation claim against Defendants. (Doc. 47-1, ¶¶ 3-6.) Within the last 30 days, counsel fell ill and was away from work and also had to tend to the needs of other ill family members. (*Id.* at ¶ 7.) Because the illnesses were unanticipated, counsel's schedule was adversely affected. (*Id.*) Counsel's declaration also indicates the press of other business was "more time-consuming than initially anticipated." (*Id.* at ¶ 8.)

Defense counsel states a 30-day extension of time will provide sufficient time to complete the motion for summary judgment in this matter. (*Id.* at ¶ 10.) Counsel sent an email to Plaintiff concerning her request, but has not received a response. (*Id.* at ¶ 11.) Counsel states the requested extension is not for the purpose of delay or harassment. (*Id.* at ¶ 12.)

## III.    CONCLUSION

Based on the foregoing, Defendants' motion (Doc. 47) is **GRANTED**. The deadline for filing dispositive motions is extended from January 6, 2023, to **February 6, 2023**.

IT IS SO ORDERED.

Dated:   **January 3, 2023**                              /s/ *Sheila K. Oberto*
                                                                                 UNITED STATES MAGISTRATE JUDGE