IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **BRYAN WEBB,** | Case No. 1:20-cv-00725-SKO (PC) |
| Plaintiff, | **ORDER GRANTING DEFENDANTS' EX PARTE REQUEST FOR AN EXTENSION OF TIME TO REPLY IN SUPPORT OF SUMMARY JUDGMENT** |
| v. | |
| **P. LLAMAS, et al.,** | (Doc. 59) |
| Defendants. | |

Defendants has moved *ex parte* to extend the deadline to file a reply in support of their motion for summary judgment by 21 days to July 13, 2023. (Doc. 59.)

Upon consideration of Defendants' request and good cause appearing, Defendants' request is GRANTED. Defendants' deadline to reply to Plaintiff's opposition is extended to **July 13, 2023.**

IT IS SO ORDERED.

Dated:　**June 23, 2023**　　　　　　　　　／s／ *Sheila K. Oberto*
　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE