IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **BRYAN WEBB,** | Case No. 1:20-cv-00725-SKO (PC) |
| Plaintiff, | **ORDER GRANTING DEFENDANTS' REQUEST FOR AN 8-DAY EXTENSION OF TIME** |
| v. | |
| **P. LLAMAS, et al.,** | |
| Defendants. | |

Defendants move this Court *ex parte* to extend the deadline to file a reply in support of their motion for summary judgment by an additional 8 days. Good cause appearing, Defendants' request is **GRANTED**. Defendants **SHALL** file a reply no later than **July 21, 2023.**

IT IS SO ORDERED.

Dated: __**July 13, 2023**__   _____/s/ *Sheila K. Oberto*_____
UNITED STATES MAGISTRATE JUDGE